AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

ANDERSEN TAX LLC, a Delaware limited liability company

*Plaintiff(s)*

v.

STÉPHANE LAFFONT-RÉVEILHAC, an individual; VÉRONIQUE MARTINEZ, an individual; ARTHUR ANDERSEN & CO., SAS, a Société par Actions Simplifiée established in France; and MOHALA ENTERPRISES, LLC D/B/A SUNDIAL CONSULTING, a California limited liability company.

*Defendant(s)*

) Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ARTHUR ANDERSEN & CO., SAS
63, rue de la Boétie 75008 Paris, France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

COOLEY LLP
JOHN W. CRITTENDEN (101634)
jcrittenden@cooley.com
CHANTAL Z. HWANG (275236)
chwang@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

American LegalNet, Inc.
www.FormsWorkFlow.com

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ________________ .

☐ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________, a person of suitable age and discretion who resides there,
on *(date)* ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________; or

☐ I returned the summons unexecuted because ____________________; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

ANDERSEN TAX LLC, a Delaware limited liability company

*Plaintiff(s)*

v.

STÉPHANE LAFFONT-RÉVEILHAC, an individual; VÉRONIQUE MARTINEZ, an individual; ARTHUR ANDERSEN & CO., SAS, a Société par Actions Simplifiée established in France; and MOHALA ENTERPRISES, LLC D/B/A SUNDIAL CONSULTING, a California limited liability company.

*Defendant(s)*

) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
STÉPHANE LAFFONT-RÉVEILHAC
13 Rumorvan – Kastell Morvan, F-29840 Lanildut, France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
COOLEY LLP
JOHN W. CRITTENDEN (101634)
jcrittenden@cooley.com
CHANTAL Z. HWANG (275236)
chwang@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

American LegalNet, Inc.
www.FormsWorkFlow.com

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

American LegalNet, Inc.
www.FormsWorkFlow.com

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ____________________

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________
______________________________, a person of suitable age and discretion who resides there,
on *(date)* ____________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ____________________
______________________________ on *(date)* ____________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

ANDERSEN TAX LLC, a Delaware limited liability company

*Plaintiff(s)*

v.

STÉPHANE LAFFONT-RÉVEILHAC, an individual; VÉRONIQUE MARTINEZ, an individual; ARTHUR ANDERSEN & CO., SAS, a Société par Actions Simplifiée established in France; and MOHALA ENTERPRISES, LLC D/B/A SUNDIAL CONSULTING, a California limited liability company.

*Defendant(s)*

) Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
VÉRONIQUE MARTINEZ
4 Rue Bayard, 75008 Paris, France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

COOLEY LLP
JOHN W. CRITTENDEN (101634)
jcrittenden@cooley.com
CHANTAL Z. HWANG (275236)
chwang@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

American LegalNet, Inc.
www.FormsWorkFlow.com

Date: ____________________________ ____________________________

*Signature of Clerk or Deputy Clerk*

American LegalNet, Inc.
www.FormsWorkFlow.com

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

ANDERSEN TAX LLC, a Delaware limited liability company

*Plaintiff(s)*

v.

STÉPHANE LAFFONT-RÉVEILHAC, an individual; VÉRONIQUE MARTINEZ, an individual; ARTHUR ANDERSEN & CO., SAS, a Société par Actions Simplifiée established in France; and MOHALA ENTERPRISES, LLC D/B/A SUNDIAL CONSULTING, a California limited liability company.

*Defendant(s)*

) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MOHALA ENTERPRISES, LLC D/B/A SUNDIAL CONSULTING
C/O Northwest Registered Agent, Inc.
906 W 2nd Ave, Suite 100
Spokane, WA 99201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
COOLEY LLP
JOHN W. CRITTENDEN (101634)
jcrittenden@cooley.com
CHANTAL Z. HWANG (275236)
chwang@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

American LegalNet, Inc.
www.FormsWorkFlow.com

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

American LegalNet, Inc.
www.FormsWorkFlow.com

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________________

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________
______________________, a person of suitable age and discretion who resides there,
on *(date)* ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ______________________
______________________ on *(date)* ______________________; or

☐ I returned the summons unexecuted because ______________________; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

American LegalNet, Inc.
www.FormsWorkFlow.com