COOLEY LLP
JOHN W. CRITTENDEN (101634)
jcrittenden@cooley.com
CHANTAL Z. HWANG (275236)
chwang@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff
Andersen Tax LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDERSEN TAX LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STÉPHANE LAFFONT-RÉVEILHAC, an individual; VÉRONIQUE MARTINEZ, an individual; ARTHUR ANDERSEN & CO., SAS, a Société par Actions Simplifiée under the laws of France; and MOHALA ENTERPRISES, LLC D/B/A SUNDIAL CONSULTING, a California limited liability company.<br><br>Defendants. | CASE NO. 17-CV-01311<br><br>[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT MOHALA ENTERPRISES, LLC D/B/A SUNDIAL CONSULTING |

Plaintiff Andersen Tax LLC ("Plaintiff" or "Andersen Tax") filed a Complaint on March 13, 2017 against defendants Stéphane Laffont-Réveilhac ("Laffont-Reveihac"), Veronique Martinez ("Martinez"), Arthur Andersen & Co., SaS, formerly known as Quatre Juillet Maison Blanche, SaS, ("AA SAS"), and MoHala Enterprises, LLC d/b/a Sundial Consulting ("MoHala") alleging trademark counterfeiting pursuant to 15 U.S.C. § 1114, trademark infringement pursuant to 15 U.S.C. § 1114, unfair competition arising under the California Business & Professions Code § 17200, *et seq.*, and other related claims.

Plaintiff and Defendant MoHala (the "Parties") have now entered into a Confidential

Settlement Agreement to resolve the controversies and disputes between them arising out of and relating to the matters alleged in the Complaint based on certain terms and conditions, including the entry of a Consent Judgment in the following form. The Parties jointly request that this Consent Judgment be entered by the Court.

## STIPULATED FACTS AND CONCLUSIONS

Having considered the matters, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367.

2. This Court has personal jurisdiction over Defendant MoHala and venue is proper in this District under 28 U.S.C. § 1391.

3. Defendant MoHala is a limited liability company established under the laws of the State of California with its principal place of business at 215 W. Franklin Street, Floor 3, Monterey, California 93940.

4. Plaintiff owns the rights to the trademark ANDERSEN®, including all rights, title, and interest, together with any and all goodwill associated therewith, in and to U.S. Trademark Registration No. ("Reg. No.") 2,777,252 for the mark ANDERSEN in connection with "[e]ducational services, namely, conducting conferences in the fields of business," in Class 41, as well as U.S. Reg. No. 3,913,520 for the mark ANDERSEN in connection with "[p]roviding facilities for educational training, business education and training, and educational conventions," in Class 41 (collectively, "ANDERSEN Registrations"). The ANDERSEN Registrations are in full force and effect on the PTO's Principal Register and gives rise to presumptions in favor of Plaintiff with respect to validity, ownership, and exclusive nationwide rights to use the ANDERSEN® mark throughout the United States.

5. Plaintiff has been using the trademark ANDERSEN TAX in U.S. commerce since at least as early as September 2, 2014 to promote various services related to tax preparation and consulting services and financial consulting and advisory services relating to tax.

6. Plaintiff also owns registered and common law U.S. trademark rights in its logo,

which consists of an image depicting a pair of three-panel double doors with a frame encasing both the top and the sides of the doors (the "Double Doors Design Mark"). This includes U.S. Reg. No. 5,078,595 for the Double Doors Design Mark in connection with various services related to tax preparation and consulting services and business management consulting services, in Class 35, and "financial advice relating to tax planning; financial consulting and advisory services relating to tax," in Class 36. The Double Doors Design Mark registration is in full force and effect on the PTO's Principal Register and gives rise to presumptions in favor of Plaintiff with respect to validity, ownership, and exclusive nationwide rights to use the Double Doors Design Mark throughout the United States.

7. At the time of the filing of the Complaint, Defendant MoHala was a member of the network of individuals and entities recruited by defendant Laffont-Réveilhac and defendant Martinez to become affiliates of defendant AA SAS. Defendant MoHala's contact information was listed on the website located at www.arthurandersenco.com/en/, as the "Monterey Partner" of the network located in Monterey, California, U.S.A. Consistent with the Confidential Settlement Agreement, Defendant MoHala has since withdrawn its membership from the AA SAS network.

## ORDER AND PERMANENT INJUNCTION

Pursuant to the terms of the Confidential Settlement Agreement between the Parties, Plaintiff and Defendant MoHala have agreed that Plaintiff is entitled to a permanent injunction against Defendant MoHala. It is hereby ORDERED and adjudged that:

A. Defendant MoHala and its owners, subsidiaries, affiliates, directors, officers, investors, agents, employees, and all persons or entities acting in concert or participation with them who receive actual notice of this Order, are permanently restrained and enjoined from using, applying to register as a trademark, or registering any domain name incorporating the name ANDERSEN, ARTHUR ANDERSEN, or any other name or trademark containing the names ANDERSEN or phonetic equivalents thereto, including without limitation, ANDERSON.

B. Defendant MoHala and its owners, subsidiaries, affiliates, directors, officers, investors, agents, employees, and all persons or entities acting in concert or participation with them who receive actual notice of this Order, are permanently restrained and enjoined from using

or applying to register as a trademark the Double Doors Design Mark or any icons, logos, or images that are similar thereto.

    C.    This Court retains continuing jurisdiction over this action, including for purposes of ensuring Defendant MoHala's compliance with this Consent Judgment.

    D.    Each party to this Consent Judgment shall bear its own attorney's fees and costs. The Clerk is directed to enter this Consent Judgment forthwith.

**It is SO ORDERED AND ADJUDGED.**

Dated: __April 17__, 2017      _____
Honorable
United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*

The Parties hereby agree to the terms of this Consent Judgment.

**APPROVED AS TO FORM AND CONTENT:**

Dated: April 13, 2017      _____
John W. Crittenden
Cooley LLP
Attorneys for Plaintiff
Andersen Tax LLC

Dated: April 12, 2017      *Imad H. Hala*
Imad H. Hala
CEO
Defendant MoHala Enterprises, LLC
d/b/a Sundial Consulting

144063041

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

<u>PROPOSED CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT MOHALA ENTERPRISES, LLC D/B/A SUNDIAL CONSULTING</u>

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following part(ies) in this action:

MOHALA ENTERPRISES, LLC D/B/A SUNDIAL CONSULTING
C/O Northwest Registered Agent, Inc.
906 W 2nd Ave, Suite 100
Spokane, WA 99201

MOHALA ENTERPRISES, LLC D/B/A SUNDIAL CONSULTING
215 W. Franklin Street, 3rd Floor
Monterey, CA, 93940 .

Executed on April 13, 2017, at San Francisco, California.

/s/ Chantal Z. Hwang
Chantal Z. Hwang