| | |
|---|---|
| COOLEY LLP<br>JOHN W. CRITTENDEN (101634)<br>jcrittenden@cooley.com<br>CHANTAL Z. HWANG (275236)<br>chwang@cooley.com<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Plaintiff<br>Andersen Tax LLC | SCHINNER & SHAIN, LLP<br>FREDERICK K. KOENEN (124555)<br>koenen@schinner.com<br>REED E. HARVEY (161318)<br>harvey@schinner.com<br>ALICE DUCLOS (301400)<br>alice@schinner.com<br>96 Jessie Street<br>San Francisco, CA 94105<br>Telephone: (415) 369-9050<br>Facsimile: (415) 369-9053<br><br>Attorneys for Defendants<br>Arthur Andersen & Co., SAS,<br>Stéphane Laffont-Réveilhac,<br>and Véronique Martinez |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDERSEN TAX LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>STÉPHANE LAFFONT-RÉVEILHAC, an individual; VÉRONIQUE MARTINEZ, an individual; ARTHUR ANDERSEN & CO., SAS, a Société par Actions Simplifiée under the laws of France; and MOHALA ENTERPRISES, LLC D/B/A SUNDIAL CONSULTING, a California limited liability company,<br><br>    Defendants. | Case No. 3:17-cv-01311-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

163888590

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**CASE NO. 3:17-CV-01311-EMC**

Plaintiff Andersen Tax LLC ("Plaintiff") and defendants Stéphane Laffont-Réveilhac ("Laffont-Réveilhac"), Véronique Martinez ("Martinez"), Arthur Andersen & Co., SAS ("AA&C") ("Defendants") (collectively the "Parties"), by and through undersigned counsel, reached a settlement in the above-captioned matter before the Honorable Elizabeth D. Laporte, which the Parties placed on record on January 11, 2018. The terms of settlement were subsequently confirmed in a confidential settlement agreement signed by the Parties.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and counterclaims raised in this action by the Parties should be dismissed with prejudice with each of the Parties to bear its own attorneys' fees and costs.

Dated: January 29, 2018         COOLEY LLP

                                */s/ John W. Crittenden*
                                JOHN W. CRITTENDEN (101634)
                                CHANTAL Z. HWANG (275236)
                                Attorneys for Plaintiff-Counter-Defendant
                                Andersen Tax LLC

Dated: January 29, 2018         SCHINNER & SHAIN, LLP

                                */s/ Reed E. Harvey*
                                FREDERICK K. KOENEN (SBN124555)
                                REED E. HARVEY (SBN 161318)
                                ALICE DUCLOS (SBN 301400)
                                Attorneys for Defendants-Counter-Claimant
                                Arthur Andersen & Co., SAS,
                                Stéphane Laffont-Réveilhac,
                                and Véronique Martinez

IT IS SO ORDERED. All days are vacated. The Clerk of the Court shall close this case.

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to N.D. Cal. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated: January 29, 2018 COOLEY LLP

*/s/ John W. Crittenden*
JOHN W. CRITTENDEN (101634)
CHANTAL Z. HWANG (275236)
Attorneys for Plaintiff-Counter-Defendant
Andersen Tax LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

163888590

2.

**STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 3:17-CV-01311-EMC**